UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00077 |
| | ) | JUDGE SHARP |
| BRANDON THOMAS TESSIER | ) | |

**O R D E R**

The suppression hearing scheduled for April 4, 2014, is hereby rescheduled for Wednesday, April 9, 2014 at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE