UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00077 |
| | ) | JUDGE SHARP |
| BRANDON T. TESSIER | ) | |

REDACTION REQUEST

The defendant, Brandon T. Tessier, through counsel, respectfully requests redaction of certain personal information in the transcript of the Suppression Hearing prepared June 2, 2014 (D.E. 48). In support of this motion, Mr. Tessier would show the following:

> The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed.

In this case, the following information should be redacted from the transcript at the time of filing:

Page 60, Line 6: **"614"**

Page 78, Line 25: **"614"**

Page 112, Line 24: **"614"**

Respectfully submitted,

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Brandon T. Tessier