# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00077 |
| | ) | Judge Sharp |
| | ) | |
| BRANDON T. TESSIER | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Suppress (Docket No. 20) filed by Defendant Brandon T. Tessier is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE